Lewis A. Cahn, Appellant, v. Edgewater Hospital, Inc., M. S. Mazel and Charles R. Morrow, as Trustee, Appellees.

Gen. No. 46,716.

First District, Third Division.
January 11, 1956.
Released for publication February 29, 1956.

Cohen & Berger, for appellant; Rothbart & Rosenfield, for Edgewater Hospital, Inc., and M. S. Mazel, appellees; Kirkland, Fleming, Green, Martin and Ellis, for Charles R. Morrow, as trustee, appellee; Vernon M. Welsh, J. M. Rosenfield, and Joseph Stein, of counsel. Opinion by JUDGE FEINBERG. Not to be published in full.